UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>ELIGIO TAPIA,<br><br>          Defendant.<br>_____ / | CASE NO. CV F 13-1463 LJO SKO<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 7.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **December 12, 2013**             **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

1